IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LARKIN COOPER, )
)
    Plaintiff )
)
v. )
) Case No. 1:23-cv-00929
COLLINS TRUCKING COMPANY INC., )
COLLINS INDUSTRIES, INC. and )
BOBBY MORRISON, )
)
    Defendants. )

**<u>NOTICE OF REMOVAL</u>**

Defendants, Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison, by counsel, hereby provides notice of removal of this action pursuant to the provisions of 28 U.S.C. § 1332 and § 1446, from the Superior Court of Marion County, Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division, and respectfully states:

**<u>Background</u>**

1. On April 16, 2023, Plaintiff filed her Complaint for Damages in the Marion Superior Court of Marion, County, Indiana, under Cause No. 49D11-2304-CT-015485. (Plaintiff's Complaint).

2. Plaintiff's Complaint alleges Plaintiff was injured while operating her vehicle, and alleges that Plaintiff sustained physical injuries, pain, and suffering medical expenses, and mental and emotional harm as a result of said accident. (*See* Complaint, ¶¶ 15-16.)

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 94(b)(1) and 1441(a), because the United States District Court for the Southern District of Indiana, Indianapolis

Division, is the federal judicial district and division embracing the Superior Court of Marion County, Indiana, where this action was originally filed.

4.    By filing a Notice of Removal in this matter, Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison do not waive their rights to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison specifically reserve the right to assert any defenses and/or objections to which it may be entitled.

5.    As discussed below, this Court has original jurisdiction under 28 U.S.C. § 1332 and this case is removable under 28 U.S.C. § 1446(b)(3).

## Removal is Timely

6.    28 U.S.C. § 1446(b) provides the following time limitation on removal of civil actions:

> The notice of removal of a civil action or proceeding shall be filed **within 30 days** after the receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

(emphasis added).

7.    Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison first received a copy of the Complaint on or about May 29, 2023.

8.    Because Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison are filing this Notice on May 26, 2023, within thirty (30) days after Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison received a copy of the Complaint, removal is timely.

**Complete Diversity of Citizenship Exists Among the Parties**

9.      Plaintiff, Larkin Cooper, is a citizen of the State of Indiana.

10.     Collins Industries, Inc. and Collins Trucking Company Inc. are both Georgia corporations with their principal places of business in Jackson, Georgia. As such, they are citizens of the state of Georgia.

11.     Bobby Morrison is a citizen of the State of Georgia.

12.     Thus, the controversy in said action is entirely between citizens of different states of the United States, and Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison, desire to remove said cause from the Superior Court of Marion County, Indiana, to the United States District Court, Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. 1332(a)(1) and 1441(a).

**The Amount-In-Controversy Requirement is Satisfied**

13.     The amount in controversy requirement of 28 U.S.C. § 1332 is also satisfied. Under 28 U.S.C. § 1332(a), the amount in controversy in a case where federal jurisdiction is based on diversity of citizenship must exceed $75,000.00, exclusive of interest and costs. Where, as here, the Complaint does not specify the amount in controversy, the removing Defendants must show a reasonable probability that the jurisdictional minimum has been met. Malinowski v. Walgreen Co., NO. 2:08-CV-173 RM, 2008 WL 2704740, at *3 (N.D. Ind. July 3, 2008). "[A] good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence." Id. (quoting Oshana v. Coca-Cola Co., 472 F.3d 506, 511 (7th Cir. 2006)).

14.     Plaintiff's Complaint alleges significant damages.  Plaintiff alleges physical injuries, mental and emotional pain and medical expenses associated with these injuries both

since the accident and into the future.  Further, the Plaintiff claims that her injuries are so severe that she was forced to drop out of nursing school and change career paths thus, resulting in lost wages and lost future income for her entire working career.  According to the police report for this accident, Plaintiff was 23 years old at the time of this accident.  Thus, Plaintiffs damages for future lost income from a change in career paths could span over 40 years.  Additionally, counsel for the Defendant sent a Stipulation of Damages to Plaintiff's counsel on May 17, 2023 asking for a stipulation that the damages sought are under $75,000. It was asked that if Plaintiff wished to limit her damages to below the Federal Court jurisdiction requirement to sign this stipulation and return it to the undersigned by May 22, 2023. As of the filing of this motion the Stipulation has not been signed by Plaintiff's counsel.

15.     Because both of the requirements for federal diversity jurisdiction are satisfied, this case is removable by Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison.

### Removal is Appropriate

16.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship among the parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, removal is appropriate pursuant to 28 U.S.C. §§ 1441 and 1446.

17.     Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison have attached as Exhibit A to this Notice of Removal, to the extent existing, copies of the state court docket sheet, all pleadings, motions, orders, and all other filings, organized in chronological order by the State court filing, as required under 28 U.S.C. §§ 1441, 1446.

18.     Attached hereto as Exhibit B is a copy of Plaintiff's Complaint.

19.     This Notice of Removal is being served upon Plaintiff and contemporaneously

4

filed with the Clerk of Superior Court of Marion County, Indiana. Copies of the Notice of Filing

Notice of Removal, together with the Notice of Removal are being served upon Plaintiff

pursuant to 28 U.S.C. § 1446(b).

20.    The required filing fee has been paid to the Clerk of the United States District

Court at the time of filing the Notice of Removal.

21.    A copy of Collins Trucking Company Inc., Collins Industries, Inc. and Bobby

Morrison Notice to Plaintiff and Clerk of the Superior Court of Marion County of Defendants'

Application to Remove Cause to Federal Court is attached hereto as Exhibit C.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:    /s/ Michael Wroblewski
Michael Wroblewski, Attorney No. 25884-64
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned filed and served the foregoing electronically through the Court's CM/ECF system, on the following on this 26th day of May 2023:

Rachelle N. Ponist
Morgan B. Brading
HARSHMAN PONIST
3650 N. Washington Boulevard
Indianapolis, IN 46205
rponist@hpindiana.law
mbrading@hpindiana.law
*Attorneys for Plaintiff*

*/s/ Michael Wroblewski*
Michael Wroblewski

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mwroblewski@k-glaw.com

230316\62913657-1

6