STATE OF INDIANA              )          MARION COUNTY SUPERIOR COURT
                             ) SS:       CIVIL DIVISION
COUNTY OF MARION              )          CAUSE NO.

LARKIN COOPER,                    )
        Plaintiff,                )
                                  )
vs.                               )
                                  )
COLLINS TRUCKING COMPANY INC,     )
COLLINS INDUSTRIES, INC. and      )
BOBBY MORRISON,                   )
        Defendants.               )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.      The party on whose behalf this form of being filed is:
        Initiating ___X___          Responding ____          Intervening ____; and

        the undersigned attorney and all attorneys listed on this form now appear in this case for
        the following parties:  LARKIN COOPER

2.      Attorney information for service as required by Trial Rule 5(B)(2):

        Rachelle N. Ponist, 31464-32              RPonist@hpindiana.law
        HARSHMAN | PONIST                         Phone: (317) 964-6000
        3650 N Washington Blvd                    FAX: (317) 927-8074
        Indianapolis, Indiana 46205

        Morgan B. Brading, 36180-29               MBrading@hpindiana.law
        HARRSHMAN | PONIST                        Phone: (317) 964-6000
        3650 N Washington Blvd                    FAX: (317) 927-8074
        Indianapolis, Indiana 46205

3.      This is a case type as defined in administrative Rule 8(B)(3) as: **CT**

4.      I will accept service by FAX at the above noted number:  **NO**

5.      This case involves support issues.  **NO** (*If yes, supply social security numbers for all
        family members on a separately attached document filed as confidential information on
        **light green paper**.  Use Form TCM-TR3.1-4.*)

6.     This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order.  **NO** (*If yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.*)  The party shall use the following address for purposes of legal service: **N/A**

7.     This case involves a petition for involuntary commitment.  **NO**

8.     If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment: **N/A**

9.     There are related cases: **NO** (*If yes, list on continuation page.*)


Respectfully submitted,


/s/ Rachelle N. Ponist
Rachelle N. Ponist, # 31464-32
HARSHMAN | PONIST
3650 N Washington Blvd
Indianapolis, IN 46205
Phone (317) 964-6000
Fax (317) 927-8074
RPonist@hpindiana.law

/s/ Morgan B. Brading
Morgan B. Brading, # 36180-29
HARSHMAN | PONIST
3650 N Washington Blvd
Indianapolis, IN 46205
Phone (317) 964-6000
Fax (317) 927-8074
MBrading@hpindiana.law

**CIRCUIT/SUPERIOR COURT FOR THE COUNTY OF MARION**

**STATE OF INDIANA**

# SUMMONS

| | |
|---|---|
| LARKIN COOPER, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COLLINS TRUCKING COMPANY INC, | ) |
| COLLINS INDUSTRIES, INC. and | ) |
| BOBBY MORRISON, | ) |
| Defendants. | ) |

TO DEFENDANT:    **BOBBY MORRISON**
**194 Bluegill Road**
**Eatonton, Georgia 31024**

You have been sued by the person(s) named Plaintiff, in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the demand which the Plaintiff has made and wants from you.

You must answer the complaint in writing, by you or by your Attorney, within Twenty (20) days (within Twenty-Three (23) Days if you are served by registered or certified mail), commencing the day after you receive this summons, or judgment will be entered against you for what plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated_____4/17/2023_____        _____(Seal)
                                                    Clerk, Marion Circuit and Superior Courts

**(The following manner of service of summons is hereby designated).**

| | |
|---|---|
| __x__ | Registered or certified mail. |
| _____ | Service at place of employment, to-wit:_____ |
| _____ | Service on individual - (Personal or copy) at above address. |
| _____ | Service on agent (Specify):_____ |

**Attorney for Plaintiff**

**HARSHMAN | PONIST**
3650 N. Washington Blvd
Indianapolis, IN 46205
(317) 964-6000

**ACKNOWLEDGEMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me at_____this_____day of_____, 2019. _____Signature of Defendant

## *CLERKS CERTIFICATE OF MAILING*

I hereby certify that on the _____ day of _____, _____ , I mailed a copy of this Summons and a copy of the complaint to the defendant, _____ , by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion Circuit and Superior Courts

Dated:_____        By:_____
Deputy

## *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, _____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, _____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, _____.

_____
Clerk, Marion Circuit and Superior Courts

Dated:_____        By:_____
Deputy

## *SHERIFFS RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the _____ day of _____, _____:

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)    By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling pace or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3)    Other Service or Remarks: _____

_____

_____

_____

_____
Sheriff, Marion County, Indiana

By:_____
Deputy

Fees:    $_____
Mileage:$_____
TOTAL:$_____

## CIRCUIT/SUPERIOR COURT FOR THE COUNTY OF MARION

### STATE OF INDIANA

# SUMMONS

| | |
|---|---|
| LARKIN COOPER, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COLLINS TRUCKING COMPANY INC, | ) |
| COLLINS INDUSTRIES, INC. and | ) |
| BOBBY MORRISON, | ) |
|     Defendants. | ) |

TO DEFENDANT:  **Collins Trucking Company INC**
**c/o Michael A. Collins, Jr. as registered agent**
**527 Alabama Blvd**
**Jackson, GA 30233**

You have been sued by the person(s) named Plaintiff, in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the demand which the Plaintiff has made and wants from you.

You must answer the complaint in writing, by you or by your Attorney, within Twenty (20) days (within Twenty-Three (23) Days if you are served by registered or certified mail), commencing the day after you receive this summons, or judgment will be entered against you for what plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated_____4/17/2023_____        _____(Seal)

Clerk, Marion Circuit and Superior Courts

**(The following manner of service of summons is hereby designated).**

_____  Registered or certified mail.
_____  Service at place of employment, to-wit:_____
__X_____  Service on individual - (Personal or copy) at above address.
_____  Service on agent (Specify):_____

**Attorney for Plaintiff**

SEAL

**HARSHMAN | PONIST**
3650 N. Washington Blvd
Indianapolis, IN 46205
(317) 964-6000

### ACKNOWLEDGEMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at_____this_____day of_____, 2019.
_____Signature of Defendant

## *CLERKS CERTIFICATE OF MAILING*

I hereby certify that on the _____ day of _____, _____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion Circuit and Superior Courts

Dated:_____          By:_____
                                                                                              Deputy


## *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, _____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, _____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, _____.

_____
Clerk, Marion Circuit and Superior Courts

Dated:_____          By:_____
                                                                                              Deputy


## *SHERIFFS RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the _____ day of _____, _____:

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)    By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling pace or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3)    Other Service or Remarks: _____
_____
_____

_____

_____
Sheriff, Marion County, Indiana

By:_____
                    Deputy

Fees:     $_____
Mileage:$_____
TOTAL:$_____

## CIRCUIT/SUPERIOR COURT FOR THE COUNTY OF MARION

### STATE OF INDIANA

# SUMMONS

| | |
|---|---|
| LARKIN COOPER, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COLLINS TRUCKING COMPANY INC, | ) |
| COLLINS INDUSTRIES, INC. and | ) |
| BOBBY MORRISON, | ) |
|     Defendants. | ) |

TO DEFENDANT:   **Collins Industries, Inc.**
                         **c/o Michael A. Collins, Jr. as registered agent**
                         **527 Alabama Blvd**
                         **Jackson, GA 30233**

        You have been sued by the person(s) named Plaintiff, in the court stated above.

        The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the demand which the Plaintiff has made and wants from you.

        You must answer the complaint in writing, by you or by your Attorney, within Twenty (20) days (within Twenty-Three (23) Days if you are served by registered or certified mail), commencing the day after you receive this summons, or judgment will be entered against you for what plaintiff has demanded.

        If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated_____ 4/17/2023            _____(Seal)
                                       Clerk, Marion Circuit and Superior Courts

**(The following manner of service of summons is hereby designated).**

| | |
|---|---|
|   x   | Registered or certified mail. |
| _____ | Service at place of employment, to-wit:_____ |
| _____ | Service on individual - (Personal or Copy) at above address. |
| _____ | Service on agent (Specify):_____ |

**Attorney for Plaintiff**

**HARSHMAN | PONIST**
3650 N. Washington Blvd
Indianapolis, IN 46205
(317) 964-6000

### ACKNOWLEDGEMENT OF SERVICE OF SUMMONS

        A copy of the above summons and a copy of the complaint attached thereto were received by me at_____this____day of_____, 2019.
_____Signature of Defendant

## *CLERKS CERTIFICATE OF MAILING*

I hereby certify that on the _____ day of _____, _____ , I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Marion Circuit and Superior Courts

Dated:_____    By:_____
Deputy

## *RETURN ON SERVICE OF SUMMONS BY MAIL*

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, _____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, _____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, _____.

_____
Clerk, Marion Circuit and Superior Courts

Dated:_____    By:_____
Deputy

## *SHERIFFS RETURN ON SERVICE OF SUMMONS*

I hereby certify that I have served this summons on the _____ day of _____, _____:

(1)    By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2)    By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling pace or usual place of abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3)    Other Service or Remarks: _____
_____
_____

_____

_____
Sheriff, Marion County, Indiana

By:_____
Deputy

Fees:    $_____
Mileage:$_____
TOTAL:$_____

| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. |

LARKIN COOPER,                     )
     Plaintiff,                     )
                             )
vs.                     )
                             )
COLLINS TRUCKING COMPANY INC,     )
COLLINS INDUSTRIES, INC. and      )
BOBBY MORRISON,                   )
     Defendants.                    )

## COMPLAINT FOR DAMAGES & DEMAND FOR JURY TRIAL

Comes now the Plaintiff, Larkin Cooper ("Cooper") by counsel, and for her Complaint for Damages and Demand for Jury Trial against the Defendants, alleges and states that:

### JURISDICTION AND VENUE

1.     Cooper is an individual residing in or near Fortville, Hancock County, Indiana.

2.     Defendant, Bobby Morrison, (hereafter "Morrison") is an individual residing in or near Eatonton, Georgia.

3.     Defendant Collins Trucking Company, Inc. ("Collins Trucking") is a trucking corporation who does business in Indiana and has its principal office in Jackson, Georgia.

4.     Defendant Collins Industries, Inc. ("Collins Industries" and, collectively with Collins Trucking, the "Collins Defendants") is also a corporation in the trucking and logistics business who does business in Indiana and has its principal office in Jackson, Georgia.

5.     Upon information and belief, at all times relevant to this Complaint, Morrison was an employee, agent, or servant of one or both of the Collins Defendants.

6.     This Court has jurisdiction over all Defendants and the subject matter of this case.

7.    Preferred venue lies in Marion County in accordance with Indiana Trial Rules 75(A)(3).

## BACKGROUND FACTS

8.    At all times mentioned herein, there existed in Marion County, Indiana, a public interstate known as I-69, which runs generally in a northernly and southernly direction at which the accident in this matter occurred.

9.    On Friday, April 16, 2021, at approximately 12:51 P.M., Cooper was operating her vehicle in Marion County, Indiana, southbound on I-69 South near mile marker 201.1, in the second lane from the right.

10.    At the same time, Morrison was operating a commercial vehicle, which, upon information and belief, was owned by Collins Industries and used by Collins Trucking with the consent of Collins Industries, southbound on I-69 South in the third lane from the right near mile marker 201.1.

11.    Morrison, carelessly and negligently drove the vehicle he was operating and crossed over into the lane that Cooper's vehicle was occupying and collided with Cooper's vehicle.

12.    At all times mentioned herein, Cooper operated her vehicle in a reasonable and prudent manner, with reasonable care to avoid harming other people on the road, and in compliance with the motor vehicle laws of the State of Indiana.

## COUNT 1 – NEGLIGENCE (MORRISON)

13.    The averments of paragraphs 1 through 12 and 18 through 28 are incorporated into this count as if set forth fully herein.

2

14.    Defendant, Bobby Morrison, failed to exercise reasonable care to avoid harm to other people on the road, including Cooper, in one or more of the following respects:

a.    Morrison carelessly and negligently failed to keep a proper lookout to the right of his vehicle so as to observe the automobile driven by Cooper;

b.    Morrison carelessly and negligently failed to keep the vehicle he was operating under the proper control so as to avoid striking Cooper's vehicle;

c.    Morrison carelessly and negligently failed to exercise reasonable care under the circumstances to change, alter, or divert the course of the vehicle he was operating so as to avoid a collision with the automobile being driven by Cooper;

d.    Morrison carelessly and negligently failed to apply the brakes of the vehicle he was operating in order to avoid a collision with Cooper's vehicle;

e.    Upon information and belief, Morrison carelessly and negligently failed to sound any signal or warning of his approach in violation of Ind. Code § 9-21-8-25 (2020); and

f.    Morrison carelessly and negligently violated I.C. § 9-21-811.5 by not driving as nearly as practicable between the lines marking his lane and by moving from one lane to another without first ascertaining the movement could be made with safety.

15.    As a direct and proximate result of Morrison's negligence, Cooper has sustained physical injuries that have resulted in physical pain and mental and emotional suffering.

16.    As a direct and proximate result of her injuries and their effects, it has been necessary for Cooper, in order to attempt to treat her injuries and lessen her physical, mental, and

emotional pain, to engage the services of medical and mental health providers for treatment, causing her to incur reasonable expenses, both prior to the filing of this Complaint and in the future.

17.     At the time of this incident, Cooper was in nursing school, and as a result of her injuries, had to drop out of school and change career paths, which has caused her to lose wages and other income.

WHEREFORE, the Plaintiff, Larkin Cooper, prays for judgment against Defendant in an amount commensurate with her injuries and damages, for the costs of this action, pre-judgment and post-judgment interest, and for all other relief just and proper under the circumstances.

## COUNT 2 – RESPONDEAT SUPERIOR (COLLINS DEFENDANTS)

18.     The averments of paragraph 1 through 17 and 22 through 28 are incorporated into this count as if set forth fully herein.

19.     Upon information and belief, the above-described acts of Morrison were committed while he was acting as an agent, servant, and/or employee of one or both of the Collins Defendants.

20.     The above-described acts of Morrison were committed within the scope of his employment by the Collins Defendants, in fulfillment of his duties to the Collins Defendants, and while furthering the business interests of the Collins Defendants.

21.     As the principals for Morrison, the Collins Defendants are responsible for all of the acts committed by Morrison within the scope of his employment under the principal of respondeat superior.

WHEREFORE, the Plaintiff, Larkin Cooper, prays for judgment against Defendants in an amount commensurate with her injuries and damages, for the costs of this action, pre-judgment

and post-judgment interest, and for all other relief just and proper under the circumstances.

## COUNT 3 – NEGLIGENT ENTRUSTMENT (COLLINS DEFENDANTS)

22.     The averments of paragraphs 1 – 21 of this Complaint are incorporated into this count as if set forth fully herein.

23.     The injuries, harm, and damages were incurred by Cooper as a result of the use of the vehicle by Morrison in a negligent and reckless manner, which because of inexperience and prior actions, the Collins Defendants knew, or had reason to know, that he was incapable of using due care.

24.     The Collins Defendants, as the owner and authorized user of the vehicle driven by Morrison, had the right to permit and the power to prohibit the use of said vehicle by Morrison.

25.     The Collins Defendants knew, or had reason to know, that Defendant Morrison, because of inexperience and/or prior actions, was likely to drive his vehicle in a negligent and reckless manner.

26.     As a direct and proximate cause of the negligence of the Collins Defendants, Cooper has sustained physical injuries, which have resulted in physical pain and mental and emotional suffering.

27.     As a direct and proximate result of her injuries and effects upon her, Cooper, in order to attempt to treat her injuries and lessen her physical pain, has been required to engage the services of medical providers for medical treatment, and has incurred reasonable medical expenses as a result, and Cooper will have additional medical treatment and expenses in the future.

28.    At the time of this incident, Cooper was in nursing school, and as a result of her injuries, had to drop out of school and change career paths, which has caused her to lose wages and other income.

WHEREFORE, the Plaintiff, Larkin Cooper, prays for judgment against Defendants Bobby Morrison, Collins Industries, Inc., and Collins Trucking Company, Inc. in an amount commensurate with her injuries and damages, for the costs of this action, pre-judgment and post-judgment interest, and for all other relief just and proper under the circumstances.

Respectfully submitted,

HARSHMAN | PONIST

Rachelle N. Ponist, #31464-32
3650 N Washington Blvd
Indianapolis, IN 46205
(317) 964-6000
RPonist@hpindiana.law

---

## DEMAND FOR JURY TRIAL

Comes now Plaintiff, Larkin Cooper, by counsel, and pursuant to Ind. Trial Rule 38, hereby demands a trial by jury in the above-captioned cause of action.

Respectfully Submitted,

Rachelle N. Ponist, #31464-32
HARSHMAN | PONIST
3650 N Washington Blvd
Indianapolis, IN 46205
(317) 964-6000
RPonist@hpindiana.law

**Filed: 5/3/2023 2:58 PM**
**Clerk**
**Marion County, Indiana**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bobby Morrison
194 Bluegill Rd
Eatonton, GA 31024

║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║
9590 9402 7032 1225 2047 81

2. Article Number *(Transfer from service label)*

7016 0340 0000 4751 0260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Bob Morrison
        ☐ Agent
        ☐ Addressee

B. Received by *(Printed Name)*

Bob Morrison

C. Date of Delivery

04/29/23

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...red Mail
☐ ...red Mail Restricted Delivery
    ...r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

MACON GA 310

29 APR 2023 PM 1 L

9590 9402 7032 1225 2047 81

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Harshman Ponist
3650 N Washington Blvd
Indianapolis, IN 46205

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Collins Industries, Inc.
C/o Michael A. Collins Jr.
as registered agent
527 Alabama Blvd Jackson GA
30233

9590 9402 7032 1225 2047 98

2. Article Number (Transfer from service label)

7016 0340 0000 4751 0277

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☑ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

9590 9402 7032 1225 2047 98

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

JACKSON, GA

MAY
2023

• Sender: Please print your name, address, and ZIP+4® in the box•

Harshman Ponist
3650 N Washington Blvd
Indianapolis, IN 46205

**Marion County, Indiana**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Collins Trucking Company Inc
c/o Michael A. Collins Jr
as registered agent
527 Alabama Blvd
Jackson, GA 30233

9590 9402 7032 1225 2047 74

2. Article Number (Transfer from service label)

7016 0340 0000 4751 0284

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☒ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

4 May 23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 7032 1225 2047 74

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Harshman Ponist
3650 N Washington Blvd
Indianapolis, IN 46205

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

STATE OF INDIANA         )        IN THE MARION SUPERIOR COURT 11
                               ) SS:

COUNTY OF MARION       )        CAUSE NO. 49D11-2304-CT-015485

LARKIN COOPER,            )
                               )
        Plaintiff           )
                               )
v.                               )
                               )
COLLINS TRUCKING COMPANY INC., )
COLLINS INDUSTRIES, INC. and    )
BOBBY MORRISON,        )
                               )
        Defendants.       )

## <u>APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

Party Classification:  Initiating __  Responding __XX__  Intervening ___

1)     Name or names of initiating party or parties:

    **Defendants, Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison**

2)     Attorney information (as applicable for service of process):

        **Name:**      Michael Wroblewski         Attorney No:  25884-64
                   KIGHTLINGER & GRAY, LLP     Telephone: (317) 638-4521
                   One Indiana Square, Suite 300    Facsimile:  (317) 636-5917
                   211 N. Pennsylvania Street      Email: mwroblewski@k-glaw.com
                   Indianapolis, IN 46204

3)     There are other party members:  Yes ___  No <u>X</u>

4)     Will initiating party accept Fax service:  Yes ___  No <u>X</u>

5)     If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):

6)     This case involves support issues.  Yes ___  No<u>X</u>

7)     There are related cases:  Yes ___  No <u>X</u>

8)    This form has been served on all other parties: Certificate of Service is attached: Yes <u>XX</u> No

9)    Additional information required by local rule.

KIGHTLINGER & GRAY, LLP

By:    <u>*/s/ Michael Wroblewski*</u>
Michael Wroblewski, Attorney No. 25884-64
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned filed and served the foregoing electronically through the Court's CM/ECF system, on the following on this 17th day of May 2023:

Rachelle N. Ponist
Morgan B. Brading
HARSHMAN PONIST
3650 N. Washington Boulevard
Indianapolis, IN 46205
rponist@hpindiana.law
mbrading@hpindiana.law
*Attorneys for Plaintiff*

<u>*/s/ Michael Wroblewski*</u>
Michael Wroblewski

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mwroblewski@k-glaw.com

STATE OF INDIANA         )             IN THE MARION SUPERIOR COURT 11
                        ) SS:
COUNTY OF MARION     )             CAUSE NO. 49D11-2304-CT-015485

LARKIN COOPER,           )
                          )
       Plaintiff         )
                          )
v.                        )
                          )
COLLINS TRUCKING COMPANY INC., )
COLLINS INDUSTRIES, INC. and   )
BOBBY MORRISON,        )
                          )
       Defendants.     )

## <u>NOTICE OF INITIAL ENLARGEMENT OF TIME</u>

Defendants, Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison, by counsel, pursuant to Local Rule LR 49-TR 5 Rule 203(D), give notice of an initial automatic enlargement of time to and including June 28, 2023, in which to file an Answer or other response to the Plaintiff's Complaint for Damages.

1.     A response to Plaintiff's Complaint is due on or about May 29, 2023.

2.     No prior enlargement has been requested.

3.     The enlargement of time shall expire on June 28, 2023.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:    */s/ Michael Wroblewski*
         Michael Wroblewski, Attorney No. 25884-64
         *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

   This is to certify that the undersigned filed and served the foregoing electronically through the Court's CM/ECF system, on the following on this 17th day of May 2023:

 Rachelle N. Ponist
 Morgan B. Brading
 HARSHMAN PONIST
 3650 N. Washington Boulevard
 Indianapolis, IN 46205
 rponist@hpindiana.law
 mbrading@hpindiana.law
 *Attorneys for Plaintiff*

            */s/ Michael Wroblewski*
            Michael Wroblewski

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mwroblewski@k-glaw.com

230316\62913516-1