IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LARKIN COOPER,                          )
                                        )
         Plaintiff                      )
                                        )
v.                                      )
                                        )        Case No. 1:23-cv-00929
COLLINS TRUCKING COMPANY INC.,          )
COLLINS INDUSTRIES, INC. and            )
BOBBY MORRISON,                         )
                                        )
         Defendants.                    )

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **COLLINS TRUCKING COMPANY**

**INC., COLLINS INDUSTRIES, INC. AND BOBBY MORRISON.**

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:    */s/ Michael Wroblewski*
       Michael Wroblewski, Attorney No. 25884-64
       *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned filed and served the foregoing electronically through the Court's CM/ECF system, on the following on this 26th day of May 2023:

Rachelle N. Ponist
Morgan B. Brading
HARSHMAN PONIST
3650 N. Washington Boulevard
Indianapolis, IN 46205
rponist@hpindiana.law
mbrading@hpindiana.law
*Attorneys for Plaintiff*

                                        */s/ Michael Wroblewski*
                                        Michael Wroblewski


KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mwroblewski@k-glaw.com

230316\62913799-1

230316\62913799-1