IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARKIN COOPER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-00929-MPB-KMB |
| COLLINS TRUCKING COMPANY INC., ) | |
| COLLINS INDUSTRIES, INC. and ) | |
| BOBBY MORRISON, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE & BUSINESS ENTITY DISCLOSURE STATEMENT

Defendants, Collins Trucking Company, Inc., Collins Industries, Inc. and Bobby Morrison, by counsel, state as follows:

Collins Trucking Company, Inc. and Collins Industries, Inc., are wholly owned subsidiaries of Collins Family Enterprises, Inc. No publically traded corporation owns 10% or more of its stock.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:     */s/ Michael Wroblewski*

Michael Wroblewski, Attorney No. 25884-64
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned filed and served the foregoing electronically through the Court's CM/ECF system, on the following on this 31st day of May 2023:

Rachelle N. Ponist
Morgan B. Brading
HARSHMAN PONIST
3650 N. Washington Boulevard
Indianapolis, IN 46205
rponist@hpindiana.law
mbrading@hpindiana.law
*Attorneys for Plaintiff*

/s/ Michael Wroblewski
Michael Wroblewski

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mwroblewski@k-glaw.com

230316\62913819-1

2