UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LARKIN COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00929-MPB-KMB |
| | ) | |
| COLLINS TRUCKING COMPANY INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY REGARDING OVERDUE LOCAL RULE 81-1 STATEMENT**

On May 26, 2023, this case was removed from the Marion County Superior Court.

(Docket No. 1). Pursuant to Local Rule 81-1(b):

> Within 30 days after the filing of the notice of removal, every plaintiff who has not filed a motion to remand must file a statement responding to the notice of removal's allegations as to citizenship of the parties and the amount in controversy. If the plaintiff lacks sufficient information upon which to form a belief about those allegations despite meeting and conferring in good faith with the removing party about them, the plaintiff may so state.

S.D. Ind. Local Rule 81-1(b). More than 30 days has passed since the filing of the notice of

removal in this litigation, but Plaintiff has not complied with Local Rule 81-1(b). Therefore,

Plaintiff **shall file** the overdue response to the notice of removal as required by Local Rule 81-

1(b) on or before **July 6, 2023**.

**SO ORDERED.**

Date: 6/28/2023

_Matthew P. Brookman_

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel of Record.