UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARKIN COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00929-MPB-KMB |
| ) | |
| COLLINS TRUCKING COMPANY INC., et al., ) | |
| ) | |
| Defendants. ) | |

### STATEMENT RESPONDING TO NOTICE OF REMOVAL ALLEGATIONS

Plaintiff acknowledges that she is a citizen of Indiana. Plaintiff acknowledges that Defendants, Collins Trucking Company, Inc., Collins Industries, Inc., and Bobby Morrison, are citizens of Georgia. Plaintiff acknowledges that the amount in controversy exceeds $75,000.00. As a result of the above statements and pursuant to 28 U.S.C. § 1332(a), Plaintiff acknowledges that diversity jurisdiction exists.

Respectfully submitted,

**HARSHMAN | PONIST
SMITH & RAYL**

/s/ Rachelle N. Ponist
Rachelle N. Ponist, #31464-32
3650 N. Washington Blvd
Indianapolis, IN 46205

/s/ Morgan B. Brading
Morgan B. Brading, #36180-29
3650 N. Washington Blvd
Indianapolis, IN 46205
*Attorneys for Plaintiff*

## **CERTIFICATION OF SERVICE**

This is to certify that the undersigned filed and served the foregoing electronically through the Court's CM/ECF system, on the following on this 30th day of June 2023:

Michal Wroblewski
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
2110 North Pennsylvania Street
Indianapolis, IN 46204
Ph: 317-638-4521
Email: mwroblewski@k-glaw.com
*Attorneys for Defendants*

**HARSHMAN | PONIST SMITH & RAYL**

/s/ Rachelle N. Ponist
Rachelle N. Ponist, #31464-32
3650 N. Washington Blvd
Indianapolis, IN 46205

/s/ Morgan B. Brading
Morgan B. Brading, #36180-29
3650 N. Washington Blvd
Indianapolis, IN 46205
*Attorneys for Plaintiff*