UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LARKIN COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00929-MPB-KMB |
| | ) | |
| COLLINS TRUCKING COMPANY INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY AND ORDER FROM INITIAL PRETRIAL CONFERENCE

The Parties, by counsel, appeared for an Initial Pretrial Conference on July 7, 2023, with Magistrate Judge Kellie M. Barr. The Case Management Plan submitted in this case is **APPROVED** as amended, and will be entered as a separate order.

This matter is set for a Telephonic Status Conference on **October 5, 2023, at 9:00 a.m. (Eastern)**, with Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**So ORDERED.**

Date: 7/10/2023

_Kellie M. Barr_
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Rachelle N. Ponist
PONIST LAW LLC
rponist@handponist.com

Michael Wroblewski
KIGHTLINGER & GRAY, LLP (Indianapolis)
mwroblewski@k-glaw.com