UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LARKIN COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00929-MPB-KMB |
| | ) | |
| COLLINS TRUCKING COMPANY INC., | ) | |
| COLLINS INDUSTRIES, INC., | ) | |
| BOBBY MORRISON, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE</u>

The Parties, by counsel, appeared for a Telephonic Status Conference on October 5, 2023, with the Magistrate Judge Kellie M. Barr.  Counsel updated the Court on case progress.

This case is set for a Telephonic Status Conference on **January 10, 2024, at 1:00 p.m. (Eastern)**, before United States Magistrate Judge Kellie M. Barr.  The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 10/5/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email