IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LARKIN COOPER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:23-cv-00929-MPB-KMB |
| COLLINS TRUCKING COMPANY INC., | ) | |
| COLLINS INDUSTRIES, INC. and | ) | |
| BOBBY MORRISON, | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **COLLINS TRUCKING COMPANY INC., COLLINS INDUSTRIES, INC. AND BOBBY MORRISON.**

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:    */s/ Matthew J. Goldsmith*
       Matthew J. Goldsmith, Attorney No. 36473-49
       *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned filed and served the foregoing electronically through the Court's CM/ECF system, on the following on this 16th day of November 2023:

Rachelle N. Ponist
Morgan B. Brading
HARSHMAN PONIST
3650 N. Washington Boulevard
Indianapolis, IN 46205
rponist@hpindiana.law
mbrading@hpindiana.law
*Attorneys for Plaintiff*

*/s/ Matthew J. Goldsmith*
Matthew J. Goldsmith

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mgoldsmith@k-glaw.com
230316\63344685.1

230316\62913799-1

230316\62913799-1