IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LARKIN COOPER,                        )
                                      )
        Plaintiff                     )
                                      )
v.                                    )
                                      )    Case No. 1:23-cv-00929-MPB-KMB
COLLINS TRUCKING COMPANY INC.,   )
COLLINS INDUSTRIES, INC. and          )
BOBBY MORRISON,                       )
                                      )
        Defendants.                   )

## DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST

Come now the Defendants, Collins Trucking Company, Inc., Collins Industries, Inc., and

Bobby Morrison, pursuant to Federal Rule of Civil Procedure 26(a)(1), and provide the

following preliminary witness and exhibit list:

## I.    PRELIMINARY WITNESS LIST

The following witnesses may be called on behalf of said Defendant:

1.    Plaintiff, Larkin Cooper.

2.    Defendant Bobby Morrison.

3.    Employees and/or representatives of Collins Trucking Company Inc.

4.    Employees and/or representatives of Collins Industries, Inc.

5.    Investigating Officer Eric Patterson.

6.    Wanda Weaver.

7.    Any physician or healthcare provider who has consulted, examined, or treated the

Plaintiff.

8.    Keepers of the records for any hospital or medical facility having rendered

treatment to Plaintiff.

9.      Physician who will be selected by Defendants' counsel to examine Plaintiff prior to trial of this cause.

10.     Employees and/or representatives of Plaintiff's nursing program in which she was enrolled at the time of the incident.

11.     Any witness listed by any party.

12.     Any person deposed in this matter.

13.     Any witness necessary to authenticate or lay the foundation of any document or exhibit to be offered into evidence.

14.     Any witness hereinafter identified in the discovery process having information relevant to this case.

15.     Any witness needed for rebuttal or impeachment.

## II.     PRELIMINARY EXHIBIT LIST

The following exhibits may be introduced at trial on behalf of said Defendant:

1.      Photographs of scene of accident.

2.      Diagram of scene of accident.

3.      Physician or hospital records and billings concerning any examination, consultation, or treatment of the Plaintiff.

4.      Educational records of Plaintiff.

5.      Narrative report of physician selected by Defendant's counsel to examine Plaintiff prior to trial of this cause.

6.      Indiana Officer's Standard Crash Report.

7.      Any document produced by any party in response to a Rule 34 request for production.

8.      Any party's answers to any party's interrogatories.

9.      Any document produced by any non-party in response to a Rule 34 request for production.

10.     Transcripts of any deposition taken in this cause, and any exhibit to any deposition taken in this cause.

11.     Any exhibit listed by any party.

12.     Any exhibit hereinafter identified in the discovery process which contains information relevant to this case.

13.     Any exhibit needed for rebuttal or impeachment purposes.


Respectfully submitted,

KIGHTLINGER & GRAY, LLP


By:     */s/ Matthew J. Goldsmith*
        Michael Wroblewski, Atty. # 25884-64
        Matthew J. Goldsmith, Atty. # 36473-49
        *Attorneys for Defendants*

3

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned filed and served the foregoing electronically, on the following on this 16th day of November, 2023:

Rachelle N. Ponist
Morgan B. Brading
HARSHMAN PONIST
3650 N. Washington Boulevard
Indianapolis, IN 46205
rponist@hpindiana.law
mbrading@hpindiana.law
*Attorneys for Plaintiff*

*/s/ Matthew J. Goldsmith*
Matthew J. Goldsmith

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mwroblewski@k-glaw.com
mgoldsmith@k-glaw.com
230316\63331924.1