IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LARKIN COOPER,       )
             )
   Plaintiff       )
             )
v.             )
             ) Case No. 1:23-cv-00929-MPB-KMB
COLLINS TRUCKING COMPANY INC., )
COLLINS INDUSTRIES, INC. and  )
BOBBY MORRISON,     )
             )
   Defendants.     )

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO 26(a)(1)**

Come now the Defendants, Collins Trucking Company, Inc., Collins Industries, Inc. and Bobby Morrison, pursuant to Federal Rule of Civil Procedure 26(a)(1), and make the following initial disclosures:

**DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A)(i)**

Individuals likely to have discoverable information that Defendant may use to support its claims or defenses, excluding those individuals with information solely to be used for impeachment:

1. Plaintiff, Larkin Cooper, c/o Plaintiff's counsel, has knowledge of the facts alleged in the Complaint;

2. Defendant, Bobby Morrison, c/o Defendant's counsel, has knowledge of the facts alleged in the Complaint;

3. Representatives and employees of Defendant Collins Trucking Company, Inc., may have knowledge of the facts alleged in the Complaint;

4. Representatives and employees of Defendant Collins Industries, Inc., may have

knowledge of the facts alleged in the Complaint;

5.  Responding Officer Eric Patterson of the Indiana State Police, ID Number 8512, may have knowledge of the facts alleged in the Complaint;

6.  Wanda Weaver has knowledge of the facts alleged in the Complaint;

7.  Unknown drivers/other witnesses at the scene of the accident may have knowledge of the facts alleged in the Complaint;

8.  Plaintiff's treating physicians and employees of facilities providing treatment for Plaintiff's injuries are likely to have knowledge of the facts alleged in the Complaint, including but not limited to, employees and medical personnel at the following facilities:

    a.  Nora Urgent Care,

    b.  Community Health Physicians,

    c.  Franciscan Health,

    d.  Plaintiff's Oculomotor Therapy Office,

    e.  Plaintiff's Ophthalmologist Office, and

    f.  Plaintiff's Neuro-Psychology Therapy Office;

9.  Unknown employees and classmates from Plaintiff's nursing program are likely to have information regarding her claimed damages;

10. Any witness identified by Plaintiff as part of her initial disclosures, witness and exhibit lists, or in response to discovery requests in this matter.

**DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A)(ii)**

Documents, electronically stored information, and tangible things within Defendant's possession, custody, or control that it may use to support its claims or

defenses, excluding those matters solely to be used for impeachment:

1. Indiana Officer's Standard Crash Report for this incident;

2. Pleadings and filings in this case, both before and after removal, along with any exhibits to the same;

3. Responses to discovery in this matter by any party;

4. Documents produced by Plaintiff or Defendants in response to discovery requests;

5. Any document noted by Plaintiff in her initial disclosures, witness and exhibit lists, or in response to discovery requests in this matter;

6. Transcripts of any depositions taken in this matter;

7. Documents produced in response to a non-party request for production.

### DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A)(iii)

Computation of each category of damages claimed by the disclosing party:

1. None.

### DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A)(iv)

Any insurance agreement under which an insurance company may be liable to satisfy all or part of a possible judgment or to indemnify or reimburse payments made to satisfy a judgment:

1. Defendants are insured under Policy Number 009881594 through National Union Fire Insurance Company of Pittsburgh, PA, administered through AIG Claims, Inc.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:    */s/ Matthew J. Goldsmith*
       Michael Wroblewski, Atty. # 25884-64
       Matthew J. Goldsmith, Atty. # 36473-49
       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned filed and served the foregoing electronically, on the following on this 16th day of November, 2023:

Rachelle N. Ponist
Morgan B. Brading
HARSHMAN PONIST
3650 N. Washington Boulevard
Indianapolis, IN 46205
rponist@hpindiana.law
mbrading@hpindiana.law
*Attorneys for Plaintiff*

                                      */s/ Matthew J. Goldsmith*
                                      Matthew J. Goldsmith

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mwroblewski@k-glaw.com
mgoldsmith@k-glaw.com
230316\63331923.1

4