UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LARKIN COOPER,                                  )
                                                )
                    Plaintiff,                  )
                                                )
          v.                                    )     No. 1:23-cv-00929-MPB-KMB
                                                )
COLLINS TRUCKING COMPANY INC., et al.,          )
                                                )
                    Defendants.                 )

## ORDER STRIKING RULE 26 DISCLOSURES

According to Federal Rule of Civil Procedure 5(d), disclosures made under Rule 26(a)(1)

"must not be filed until they are used in the proceeding or the court orders filing."  Therefore, the

Court **STRIKES** the Rule 26 initial disclosures filed on November 16, 2023, by Defendants [dkt.

20], but acknowledges they were served.

          **SO ORDERED**.

     Date: 11/17/2023

                                        _Kellie M. Barr_____
                                        Kellie M. Barr
                                        United States Magistrate Judge
                                        Southern District of Indiana


Distribution:

Matthew Jacob Goldsmith
Kightlinger & Gray LLLP
mgoldsmith@k-glaw.com

Rachelle N. Ponist
PONIST LAW LLC
rponist@handponist.com

Michael Wroblewski
KIGHTLINGER & GRAY, LLP (Indianapolis)
mwroblewski@k-glaw.com