UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LARKIN COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00929-MPB-KMB |
| | ) | |
| COLLINS TRUCKING COMPANY INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on April 9, 2024, with Magistrate Judge Kellie M. Barr.  Plaintiff was represented by Michael Smith, who at the time of the hearing, had not yet filed an appearance on this case and was ordered to do so.  The Court notes that he has now complied.  [Dkt. 28.]  The Court emphasized that the Parties are expected to meet the extended deadlines for a settlement proposal and response, [dkt. 26], which the Court does not anticipate extending again.

The Court sets this matter for a Telephonic Status Conference for **10:30 am (Eastern) on June 14, 2024** with Magistrate Judge Kellie M. Barr.  The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**So ORDERED.**

Date: 4/9/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Morgan B Brading
Harshman Ponist

mbrading@hpindiana.law

Matthew Jacob Goldsmith
Kightlinger & Gray LLLP
mgoldsmith@k-glaw.com

Rachelle N. Ponist
Harshman Ponist Horvath Smith & Rayl
rponist@handponist.com

Michael Ray Smith
Hand Ponist
msmith@handponist.com

Michael Wroblewski
KIGHTLINGER & GRAY, LLP (Indianapolis)
mwroblewski@k-glaw.com