UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LARKIN COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00929-MPB-KMB |
| | ) | |
| COLLINS TRUCKING COMPANY INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on June 14, 2024, with Magistrate Judge Kellie M. Barr.  The Court and counsel discussed discovery progress and case status.  Counsel for the Defendant stated that it is possible they will request that Plaintiff undergo an independent medical examination after her deposition, which is scheduled for August 2024.  Defendant does not anticipate moving for summary judgment in this case.

The Court and counsel discussed settlement conference timing, and counsel agreed that October 2024 would be the ideal time for a settlement conference.  Counsel has not agreed whether to use a private mediator or engage in a settlement conference with the Court, so counsel is **ORDERED** to meet and confer and **within 10 days**, jointly email a status report to JudgeBarrChambers@insd.uscourts.gov stating whether they will schedule a private mediation or work with court staff to select a settlement conference date.

This matter is set for a follow up Telephonic Status Conference on **August 23, 2024, at 2:00 p.m. (Eastern)**, with Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**So ORDERED.**

Date: 6/14/2024

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Morgan B Brading
Harshman Ponist
mbrading@hpindiana.law

Matthew Jacob Goldsmith
Kightlinger & Gray LLLP
mgoldsmith@k-glaw.com

Rachelle N. Ponist
Harshman Ponist Horvath Smith & Rayl
rponist@handponist.com

Michael Ray Smith
Hand Ponist
msmith@handponist.com

Michael Wroblewski
KIGHTLINGER & GRAY, LLP (Indianapolis)
mwroblewski@k-glaw.com