UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LARKIN COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00929-MPB-KMB |
| | ) | |
| COLLINS TRUCKING COMPANY INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on August 23, 2024, with Magistrate Judge Kellie M. Barr.  The Court and counsel discussed discovery progress and overall case status.  Counsel confirmed their intention to schedule a private mediation.  The Parties are **ORDERED** to file a joint status report regarding case status on the docket **no later than 60 days from the date of this Order**.

    SO ORDERED.

    Date: 8/27/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Morgan B Brading
Harshman Ponist
mbrading@hpindiana.law

Matthew Jacob Goldsmith
Kightlinger & Gray LLLP
mgoldsmith@k-glaw.com

Rachelle N. Ponist
Harshman Ponist Horvath Smith & Rayl
rponist@handponist.com

Michael Ray Smith
Hand Ponist
msmith@handponist.com

Michael Wroblewski
KIGHTLINGER & GRAY, LLP (Indianapolis)
mwroblewski@k-glaw.com