UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARKIN COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:23-cv-00929-MPB-KMB |
| | ) |
| COLLINS TRUCKING COMPANY INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

COMES NOW, Larkin Cooper, Plaintiff, by counsel, Morgan B. Brading and Rachelle N. Ponist of Harshman Ponist Smith & Rayl, LLC and Defendants Collins Trucking Company Inc, et al., by counsel, Michael Wrobleski, and respectfully submit this Joint Status Report.

1. On October 24, 2024, the parties participated in mediation with resulted in a successful settlement of all claims between the parties.

2. The parties are currently circulating releases for review and signature.

3. Upon completing the releases, Plaintiff will be filing a dismissal of this action and all pending claims.

4. Parties anticipate filing the closing documents with the Court within 30 days.

Respectfully submitted,

*/s/ Rachelle N. Ponist*
Rachelle N. Ponist, #31462-32
rponist@hpindiana.law

*/s/ Morgan B. Brading*
Morgan B. Brading, # 36180-29
mbrading@hpindiana.law
HARSHMAN | PONIST SMITH & RAYL, LLC
3650 N. Washington Blvd.
Indianapolis, IN 46205

Phone  317-964-6000
Fax      317-927-8074
**Attorneys for Plaintiff**


*/s/ Michael Wroblewski*
Michael Wroblewski, #25884-64
mwroblewski@k-glaw.com
Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
Phone: 317-638-4521
**Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 29, 2024 the foregoing document was submitted for filing and served upon all counsel of record via the Indiana E-Filing System.

*/s/ Rachelle N. Ponist*
Rachelle N. Ponist