IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LARKIN COOPER,                      )
                                    )
        Plaintiff                   )
                                    )
v.                                  )
                                    )    Case No. 1:23-cv-00929-MPB-KMB
COLLINS TRUCKING COMPANY INC.,      )
COLLINS INDUSTRIES, INC. and        )
BOBBY MORRISON,                     )
                                    )
        Defendants.                 )

## STIPULATION OF DISMISSAL

Comes now Plaintiff, Larkin Cooper, by counsel, Defendants, Collins Trucking Company Inc., Collins Industries, Inc. and Bobby Morrison, by counsel, and hereby stipulate that this cause of action be dismissed, with prejudice, costs paid.

HARSHMAN PONIST                          KIGHTLINGER & GRAY, LLP


*/s/ Morgan B. Brading*                   */s/ Michael Wroblewski*
Rachelle N. Ponist, Attorney No. 31462-32    Michael Wroblewski, Attorney #25884-64
Morgan B. Brading, Attorney No. 36180-29     One Indiana Square, Suite 300
Michael R. Smith, Attorney No. 17562-49      211 North Pennsylvania Street
HARSHMAN PONIST                              Indianapolis, IN  46204
3650 N. Washington Boulevard                 (317) 638-4521
Indianapolis, IN 46205                       mwroblewski@k-glaw.com
(317) 964-6000                               *Attorneys for Defendants*
rponist@hpindiana.law
mbrading@hpindiana.law
msmith@hpindiana.law
*Attorneys for Plaintiff*

230316/64172462-1