IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LARKIN COOPER,                              )
                                            )
    Plaintiff                          )
                                            )
v.                                          )
                                            )    Case No. 1:23-cv-00929-MPB-KMB
COLLINS TRUCKING COMPANY INC.,  )
COLLINS INDUSTRIES, INC. and                )
BOBBY MORRISON,                             )
                                            )
    Defendants.                        )

## ORDER OF DISMISSAL

Upon the parties' Stipulation of Dismissal, it is ordered that the above-entitled cause be dismissed, with prejudice, costs paid.

DATED:  November 20, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

All Counsel of Record

230316/64172472-1